UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| CHARLES DAVID WHITE, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV419-296 |
| | ) | |
| THE STATE OF GEORGIA | ) | |
| DEPARTMENT OF CORRECTIONS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Charles David White, Jr., is a prisoner at the Liberty County Jail in this District. He submitted this 42 U.S.C. § 1983 Complaint alleging violations of the Eighth Amendment while incarcerated as the Spalding County Correctional Institution in Griffin, Georgia. Doc. 1. The Court transferred this case to the United States District Court for the Northern District of Georgia. Doc. 6. White has now moved for appointed counsel. Doc. 8. Since the case has been transferred, the Clerk is **DIRECTED** to terminate the motion and transfer it for disposition.

**SO ORDERED**, this 28th day of January, 2020.

_/s/ Christopher L. Ray_
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA